■ FRANCES MOYER, Also Known as FRANCES CORBY, v ELIZABETH G. BRIGGS et al.—Motion for reargument or for leave to appeal to the Court of Appeals granted insofar as it seeks leave to appeal to the Court of Appeals and the following question certified: "Was the order of this court, which reversed the judgment and order of the Supreme Court, properly made?" In all other respects the motion is denied. The stay dated March 20, 1975, is vacated. Concur—Kupferman, J. P., Lupiano, Lane and Nunez, JJ.